FILED ENTERED
LOGGED RECEIVED

SEP 1 0 2026
2026R00045 JWS

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

[redacted]
SHANE GREEN,
[redacted]
CORI GRANT,
VANESSA DANCY,
[redacted]

Defendants.

UNDER SEAL

CRIMINAL NO. MJM 26cr 274

**Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846; Possession with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 21 U.S.C. § 853)**

. . . oOo . . .

**INDICTMENT**

**COUNT ONE**
**(Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance)**

The Grand Jury for the District of Maryland charges:

That in or about September 2025, continuing through May 2026, in the District of Maryland and elsewhere, the defendants,

[redacted]
**SHANE GREEN,**
[redacted]
**CORI GRANT,**
**VANESSA DANCY, and**
[redacted]

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury to distribute and possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

**COUNT TWO**
**(Possession with Intent to Distribute a Controlled Substance)**

The Grand Jury for the District of Maryland further charges:

That on or about November 20, 2025, in the District of Maryland, the defendants,

[redacted]

did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
18 U.S.C. § 2

**COUNT THREE**
**(Possession with Intent to Distribute a Controlled Substance)**

The Grand Jury for the District of Maryland further charges:

That on or about May 5, 2026, in the District of Maryland, the defendants,

[redacted]
**SHANE GREEN, and**
**CORI GRANT,**

did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
18 U.S.C. § 2

**COUNT FOUR**
**(Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland further charges:

That on or about May 6, 2026, in the District of Maryland, the defendant,

[redacted]

did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
18 U.S.C. § 2

**COUNT FIVE**
**(Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland further charges:

That on or about May 6, 2026, in the District of Maryland, the defendant,

[redacted]

did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
18 U.S.C. § 2

**FORFEITURE**

The Grand Jury further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendants that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853 in the event of the Defendants' convictions under Counts One through Five of this Indictment.

2. Upon conviction of the offenses alleged in Counts One through Five of this Indictment, the defendants,

[redacted]
**SHANE GREEN,**
[redacted]
**CORI GRANT,**
**VANESSA DANCY, and**
[redacted]

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of any such offenses; and

b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

**Property Subject to Forfeiture**

3. The property to be forfeited includes, but is not limited to, the following:

a. A forfeiture money judgment in the amount of proceeds each Defendant obtained as a result of the offenses alleged in Counts One through Five of this Indictment, which is at least twenty-five million dollars ($25,000,000);

b. approximately $163,580.00 in U.S. currency seized from a residence of Shane Green, located at 960 Southerly Road, Apt. R442, Towson, Maryland, 21204, on or about May 6, 2026;

c. approximately $769,290.00 in U.S. currency seized from a real property owned by [redacted] located at 1836 Walbrook Avenue, Baltimore, Maryland 21217, on or about May 6, 2026;

d. approximately $4,200.00 in U.S. currency seized from a residence of Cori Grant, located at 960 Southerly Road, Apt. J256, Towson, Maryland, 21204, on or about May 6, 2026;

e. approximately $205,006.00 in U.S. currency seized from a residence of [redacted], located at 960 Southerly Road, Apt. J256, Towson, Maryland, 21204, on or about May 6, 2026;

f. approximately $125,203.00 in U.S. currency seized from a residence of [redacted] located at 707 York Road, Apt. 4218, Towson, Maryland 21204, on or about May 6, 2026;

g. approximately $125,203.00 in U.S. currency seized from a residence of [redacted], located at 707 York Road, Apt. 4218, Towson, Maryland 21204, on or about May 6, 2026;

h. approximately $313,590.00 in U.S. currency seized from a residence of [redacted], located at 1504 King William Drive, Catonsville, Maryland 21228, on or about May 12, 2026;

i. approximately $1,658.00 in U.S. currency seized from [redacted] on or about November 20, 2025;

j. assorted jewelry seized from a residence of Shane Green, located at 960 Southerly Road, Apt. R442, Towson, Maryland, 21204, on or about May 6, 2026;

k. assorted jewelry seized from a residence of Cori Grant, located at 960 Southerly Road, Apt. J256, Towson, Maryland, 21204, on or about May 6, 2026;

l. a Glock 43X 9mm handgun, serial number AKBU542, seized from a residence of Vanessa Dancy, located at 1007 Cedarcroft Road, Baltimore, Maryland 21212, on May 6, 2026;

m. approximately 20 rounds of 9mm ammunition seized from a residence of Vanessa Dancy, located at 1007 Cedarcroft Road, Baltimore, Maryland 21212, on May 6, 2026;

n. an AR pattern rifle (no serial number) seized from a real property owned by [redacted], located at 1836 Walbrook Avenue, Baltimore, Maryland 21217, on or about May 6, 2026;

o. approximately twenty-four (24) rounds of 5.56 ammunition seized from a real property owned by [redacted], located at 1836 Walbrook Avenue, Baltimore, Maryland 21217, on or about May 6, 2026;

p. an Arminius Titan Tiger .38 Special handgun, serial number 40359, seized from a residence of Shane Green, located at 1300 Washington Boulevard, Baltimore, Maryland 21230, on or about May 6, 2026;

q. approximately five rounds of .38 Special ammunition seized from a residence of Shane Green, located at 1300 Washington Boulevard, Baltimore, Maryland 21230, on or about May 6, 2026;

r. a black 2023 Kia Soul SUV, bearing Maryland tag number 4GC7178 and VIN: KNDJ23AU8P7884241;

s. a dark 2024 Kia Soul SUV, bearing Maryland tag number 9GG8064 and VIN: KNDJ23AUXR7898158;

t. a gray 2023 Hyundai truck, bearing Maryland tag number 8GJ8627 and VIN: 5NTJEDAF8PH052247;

u. a black 2024 Hyundai truck, bearing Maryland tag number 1GM8002 and VIN: 5NTJCDAF6RH097583; and

v. a black 2023 Nissan Altima, bearing Maryland tag number 8GW5425 and VIN: 1N4BL4EW5PN325413.

**Substitute Assets**

4. If any of the property described above, as a result of any act or omission of any Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

Kelly O. Hayes / JUS

KELLY O. HAYES
UNITED STATES ATTORNEY

A TRUE BILL:

[redacted]

8/12/26
DATE